■ ROGER SCOTT, Petitioner, and RHODA SCOTT, Appellant, v JOHN MANILLA, as Building Inspector of the Town of Skaneateles, et al., Respondents.—Appeal unanimously dismissed with costs (see, Matter of Scott v Manilla, 133 AD2d 537). (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—summary judgment.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAY ROSARIO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present—Denman, J. P., Pine, Balio, Lawton and Lowery, JJ.

■ DANIEL J. PRESSLY et al., Individually and as Parents and Natural Guardians of JEFFREY PRESSLY, an Infant, Appellants, v M.G. POTTER, JR., et al., Respondents, et al., Defendant.—Order unanimously affirmed without costs (see, Perez v National Westminster Bank, 158 AD2d 361). (Appeal from order of Supreme Court, Erie County, Gossel, J.—dismiss complaint.) Present—Denman, J. P., Pine, Balio, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENITA M. COLON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—criminal possession of stolen property, second degree.) Present—Dillon, P. J., Doerr, Boomer, Davis and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD WASHINGTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Marshall, J.—attempted criminal sale of controlled substance, third degree.) Present—Dillon, P. J., Doerr, Boomer, Davis and Lowery, JJ.